No. 157, October Term, 1921. JOHN S. KENDALL, AD-
MINISTRATOR, ETC., ET AL. *v.* PAUL A. EWERT. Appeal
from the Circuit Court of Appeals for the Eighth Circuit.
Motion by appellee to withdraw original papers, sub-
mitted November 22, 1922. Decided November 27, 1922.
Motion as to (1) withdrawal of original paper of notice

of dismissal of counsel, dated December 31, 1921, denied. Motion as to (2) original deed of July 5, 1918, from George Redeagle to Paul A. Ewert and as to (3) original deeds of November 19, November 21, and December 21, 1921, from the heirs of George Redeagle to Paul A. Ewert, granted, the copies of said deeds on file to remain with the Clerk. *Mr. Arthur S. Thompson* for appellants. *Mr. William R. Andrews, Mr. Henry C. Lewis* and *Mr. Paul A. Ewert* for appellee. [See 259 U. S. 139.]